# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Campbell v. Medtronic, Inc. et al.**<br>**09-cv-02287** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 6), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Campbell v. Medtronic, Inc. et al., Civil Action No. 09-cv-2287, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
